ORDER

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS | * | CR. NO. B-94-181 |
| | * | |
| ARTEMIO BELMONTES, SR., ET AL | * | |

Re: Motion for Seizure and Possession
   Of Forfeited Property

## ORDER RESETTING PRE-MEDIATION CONFERENCE

A pre-mediation conference, in the above-captioned case, is set for May 31, 2005, at 2:00 p.m.   The Clerk is hereby ORDERED to send copies of this setting to attorneys Charles Lewis and L. Aron Pena.

DONE at Brownsville, Texas, this 18th day of May 2005.

_____
Felix Recio
   United States Magistrate Judge
   U.S. Federal Building & Courthouse
   600 E. Harrison, 2nd Floor
   Brownsville, TX  78520